**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-6331**

───────────────

GREGORY L. RAYMER, SR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; CITY OF RICHMOND, Circuit
Court et al,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-00-2017-AM)

───────────────

Submitted: April 12, 2001          Decided: April 23, 2001

───────────────

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Gregory L. Raymer, Sr., Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory L. Raymer, Sr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Raymer v. Angelone</u>, No. CA-00-2017-AM (E.D. Va. Feb. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>